**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE**

| | |
|---|---|
| RISEN ENERGY CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> and ) <br> ) <br> JA SOLAR TECHNOLOGY YANGZHOU CO., ) <br> LTD., ET AL., ) <br> ) <br> Consolidated Plaintiffs and ) <br> Plaintiff-Intervenors, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) | Consol. Court No. 22-00231 |

**COMMENTS IN SUPPORT OF FINAL RESULTS OF REDETERMINATION PURSUANT TO COURT REMAND ON BEHALF OF CONSOLIDATED PLAINTIFFS AND PLAINTIFF-INTERVENORS JA SOLAR TECHNOLOGY YANGZHOU CO., LTD., SHANGHAI JA SOLAR TECHNOLOGY CO., LTD., JA SOLAR CO., LTD. (A.K.A JINGAO SOLAR CO., LTD.) AND JA SOLAR (XINGTAI) CO., LTD.**

February 8, 2024

    Jeffrey S. Grimson
    Sarah M. Wyss
    Yixin (Cleo) Li
    Mowry & Grimson, PLLC
    5335 Wisconsin Avenue, NW, Suite 810
    Washington, D.C. 20015
    202-688-3610
    trade@mowrygrimson.com

Consolidated Plaintiffs JA Solar Technology Yangzhou Co., Ltd., Shanghai JA Solar Technology Co., Ltd., JA Solar Co., Ltd. (a.k.a JingAo Solar Co., Ltd.) and JA Solar (Xingtai) Co., Ltd. (collectively, "JA Solar"), producers and exporters of the subject merchandise, submit these comments in support of the Third Remand Redetermination filed by the U.S. Department of Commerce ("Commerce") on December 07, 2023.  See Final Results of Redetermination Pursuant to Court Remand (Jan. 9, 2024) (Public Version), ECF No. 137-1 ("Remand Redetermination").

The Court reviews remand determinations for compliance with its remand order.  See NMB Sing. Ltd. v. United States, 28 CIT 1252, 1260, 341 F. Supp. 2d 1327, 1334 (2004).  Any factual findings on remand must be supported by substantial evidence and the agency's legal determinations must be in accordance with law.  See 19 U.S.C. § 1516a(b)(1)(B)(i); see also AG der Dillinger Huttenwerke v. United States, 28 CIT 94, 106, 310 F. Supp. 2d 1347, 1358 (2004).

JA Solar supports four determinations in Commerce's Remand Redetermination related to the calculation of JA Solar's final rate.  First, Commerce complied with the Court's order by removing JA Solar's rate under the Export Buyer's Credit Program ("EBCP") without verification in the Remand Redetermination.  See Remand Redetermination at 6 (Public Version); Opinion and Order at 8 (Oct. 11, 2023), ECF No. 54 ("Order") (instructing Commerce to verify "only to the extent it does not overly burden voluntary participants").  Second, Commerce removed JA Solar's rate under the alleged Article 26(2) of the Enterprise Income Tax Law Program ("Article 26(2) Tax Program").  See Remand Redetermination at 7 (Public Version); Order at 11-12 (rejecting Commerce's finding that this program is de jure specific).  Third, Commerce elected to use Malaysian data only for the land-use rights purchased in 2018 and 2019.  See Remand Redetermination at 8-9 (Public Version); Order at 14-15 (remanding the land benchmark issue to Commerce with instructions to consider the court's prior finding in Risen II that the use of the

1

Coldwell Banker Richard Ellis for Thailand Report does not meet the substantial evidence standard); see also Risen Energy Co. v. United States, No. 20-03912, 2023 Ct. Intl. Trade LEXIS 52, at *18-19 (Apr. 11, 2023).  Fourth, Commerce relied solely on the Xeneta data for the ocean freight benchmark and excluded the Descartes data.  See Remand Redetermination at 9 (Public Version); Order at 20-21 (granting the Government's request for voluntary remand to reconsider the use of the Descartes data).  Commerce's determinations complied with the Court's remand order, were supported by substantial evidence and were otherwise in accordance with law.

In sum, JA Solar supports Commerce's determinations in the Remand Redetermination on the removal of the EBCP rate and the Article 26(2) Tax Program rate, the land benchmark selection, and the ocean freight benchmark selection.  The Court should affirm Commerce's remand redetermination on these issues.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 8, 2024 | /s/ Jeffrey S. Grimson |
|  | Jeffrey S. Grimson<br>Sarah M. Wyss<br>Yixin (Cleo) Li<br>Mowry & Grimson, PLLC<br>5335 Wisconsin Avenue, NW, Suite 810<br>Washington, D.C. 20015<br>202-688-3610<br>trade@mowrygrimson.com<br>*Counsel to JA Solar* |